CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 16 2019

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| BENNIE SMITH, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:19cv00009 |
| v. | ) ) | **ORDER** |
| TAXING AUTHORITY CONSULTING SERVICES, P.C., | ) ) ) ) | By: Hon. Jackson L. Kiser Senior United States District Judge |
| Defendant. | ) | |

On April 1, 2019, Defendant Taxing Authority Consulting Services, P.C., filed a motion to dismiss for lack of jurisdiction, motion to dismiss for failure to state a claim, and a motion to strike class allegations [ECF No. 6], along with a brief and evidence in support [ECF No. 7]. That same day, I entered an Order which read, in part:

> Briefs in opposition must be filed within 14 days of the date of service of the movant's brief (or within 14 days of this Order if a motion and brief have been served prior to this Order). **EXCEPT FOR GOOD CAUSE SHOWN, IF BRIEFS IN OPPOSITION TO THE MOTIONS ARE NOT FILED, IT WILL BE DEEMED THAT THE MOTION IS WELL TAKEN.**

(Order, Apr. 1, 2019 [ECF No. 10].) To date, Plaintiffs have not responded in any way to Defendant's motion. Accordingly, that motion is deemed well taken. Defendant's motion is hereby **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE.**

The clerk is directed to forward a copy of this Order to all counsel of record.

**ENTERED** this 16th day of May, 2019.

SENIOR UNITED STATES DISTRICT JUDGE